UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------------X
OSCAR HERNANDEZ,
on behalf of himself
and others similarly situated,

                                          20-cv-13932 (KM) (AME)

                      Plaintiff,

   -against-

                                          STIPULATION
                                          AND ORDER OF
132 N GROVE LLC, 315 WEST 8TH               DISCONTINUANCE
STREET LLC, 610 EAST FRONT LLC,
259 REYNOLDS LLC, 359 NO. MAPLE LLC,
480 HEYWOOD LLC, 641 LINCOLN LLC,
671 LINCOLN LLC, 490 TREMONT LLC,
580 FOREST LLC, 418-30 CENTRAL LLC,
678 SCOTLAND LLC, 539 CENTRAL AVE LLC,
199 GARSIDE LLC, 61 SCHLEY LLC, and THG
PROPERTIES, LLC, and DEAN SERRATELLI,
individually,

                                      Defendants.
------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel of record for Plaintiff and Defendants that any and all claims asserted by Plaintiff in the above-entitled action are hereby discontinued and dismissed, with prejudice, as against Defendants, without costs or attorney's fees to any party as against another, except as specified in the parties' settlement agreement.

Dated: August ___, 2021
        New York, NY

s/ Jacob Aronauer
_____
Jacob Aronauer, Esq.
Law Offices of Jacob Aronauer
225 Broadway, 3rd Floor
New York, NY 10007
*Attorney for Plaintiff*

Dated:   August ___, 2021
           New York, NY

/s/ Stuart Weinberger
_____
Stuart Weinberger, Esq.
Goldberg and Weinberger LLP
630 Third Avenue, 18th Floor
New York, NY 10017
*Attorneys for Defendants*

SO ORDERED: 9/20/2021

/s/ Kevin McNulty
_____
HON. JUDGE KEVIN MCNULTY

12